# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

March 7, 2017

**Via ECF**

Ms. Catherine O'Hagan Wolfe, Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Rodriguez-Hernandez v. K. Bread & Company, Inc.
    Case No.: 16-4157

Dear Ms. O'Hagan Wolfe:

I write to inform the Court that Defendants-Appellees will not oppose Plaintiff-Appellant's appeal in this matter. As such, it will not be making a request for a briefing schedule pursuant to Local Rule 31.2 (a)(1)(B).

Respectfully submitted,
CLIFTON BUDD & DEMARIA, LLP

By: /s/ Daniel W. Morris

Daniel W. Morris