**MANDATE**

S.D.N.Y.–N.Y.C.
15-cv-6848
Forrest, J.

United States Court of Appeals

FOR THE

SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand seventeen.

Present:
    Gerard E. Lynch,
    Denny Chin,
    Christopher F. Droney,
        *Circuit Judges*.

Nereo Rodriguez-Hernandez, individually and on behalf of all other persons similarly situated,

*Plaintiff-Appellant*,

v.      16-4157

K. Bread & Company, Inc., jointly and severally, DBA Bread & Company, Alexander Kim, jointly and severally,

*Defendants-Appellees*.

Appellant moves for a stay, pending appeal, of the district court proceeding. However, this Court has determined that the district court's order is not an immediately appealable collateral order. *See Digital Equip. Corp. v. Desktop Direct, Inc.*, 511 U.S. 863 (1994). Accordingly, upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction, and the stay motion is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/02/2017